UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


CAROL B. DUNNAM                                                          PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:15CV235-RHW

CAROLYN W. COLVIN
Commissioner of Social Security                                         DEFENDANT


**FINAL JUDGMENT**

In accordance with the requirement for the filing of a separate document pursuant to

Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum

Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the

above-captioned matter.  For the reasons stated in the Memorandum Opinion and Order entered

on this day, the Court finds that the Commissioner's motion to affirm should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Commissioner's [14]

Motion to Affirm is GRANTED.  Plaintiff's lawsuit is hereby dismissed with prejudice.

SO ORDERED, this the 31st day of August, 2016.


/s/ *Robert H. Walker*

ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE